UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

IN RE:

ATTORNEY LUIS E. GERVITZ
CARBONELL

Civil No. 04-2384 (JAF)

**O R D E R**

The Magistrate-Judge's Report and Recommendation entered May 4, 2005, Docket Document No. 9, was brought to the attention of the District Judges in their monthly meeting of June 10, 2005. The recommendation made by Magistrate-Judge Aida M. Delgado-Colón is adopted by the full court.

Mr. Gervitz-Carbonell is vigorously censured for his erratic professional conduct and is warned that future violations of his professional ethical duties will result in permanent disbarment.

San Juan, Puerto Rico, this 17 day of June, 2005.

BY ORDER OF THE COURT:

JOSÉ ANTONIO FUSTE
Chief U. S. District Judge